# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-21414-MDC

ANTONIO L. BETTINSOLI

119 WYNWOOD DRIVE

WILLOW STREET, PA 17584

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANTONIO L. BETTINSOLI

  119 WYNWOOD DRIVE

  WILLOW STREET, PA 17584

Counsel for debtor(s), by electronic notice only.

  ALAINE GRBACH
  675 ESTELLE DR

  LANCASTER, PA 17601-

Date: 8/18/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee