**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Antonio L. Bettinsoli <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 12-21414 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-80CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: ect)

                                                            Respectfully submitted,

                                                            **/s/Thomas Puleo, Esquire**
                                                            Thomas Puleo, Esquire
                                                            Brian C. Nicholas, Esquire
                                                            KML Law Group, P.C.
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106-1532
                                                            (215) 825-6306  FAX (215) 825-6406