United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-21414-mdc
Antonio L. Bettinsoli                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1           Date Rcvd: Dec 22, 2016
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.
13703198      +Bank of New York Mellon, f/k/a The Bank,    Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Plaintiff Antonio L. Bettinsoli avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor Antonio L. Bettinsoli avgrbach@aol.com
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DAVID NEEREN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-80CB dneeren@udren.com,    vbarber@udren.com
              ELANA BROOKE FLEHINGER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB cblack@udren.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB sbraunstein@udren.com,    vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-21414-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Antonio L. Bettinsoli
119 Wynwood Drive
Willow Street PA 17584

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 5: Bank of New York Mellon, f/k/a The Bank, Serviced by Select Portfolio Servicing,, 3815 South West Temple, Salt Lake City, UT 84115 | Bank of New York Mellon<br>c/o Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/24/16

Tim McGrath
**CLERK OF THE COURT**