United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-21414-mdc
Antonio L. Bettinsoli                                                     Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Jan 12, 2017
                             Form ID: 210U            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
```
db              +Antonio L. Bettinsoli,    119 Wynwood Drive,    Willow Street, PA 17584-9413
cr              +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr              +BMW Financial Services NA, LLC,   c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr              +Bank of New York c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826,    US 29603-0826
12927264       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
12940250       +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
12996728       +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13000243        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13839469        Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13703198       +Bank of New York Mellon, f/k/a The Bank,     Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
12927265       +Bk of Amer,    Attn: Bankruptcy/MC: NC4-105-03-14,     Po Box 26012,    Greensboro, NC 27420-6012
12927268       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
13003198        CitiFinancial, Inc,   P.O. Box 6042,    Sioux Fall, SD 57117-6042
12951580        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13061359       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
12927271       +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
12935958        THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o SHERRI J. BRAUNSTEIN,
                 Woodcrest Corporate Center,    111 Woodcrest Road-Suite 200,    Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 13 2017 02:19:04    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 13 2017 02:18:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 13 2017 02:19:00    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2017 02:07:18    GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 02:32:53
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12939706        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jan 13 2017 02:16:54
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
13410983       +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jan 13 2017 02:07:21
                 BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
12927266       +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jan 13 2017 02:16:54    Bmw Financial Services,
                 Attn: Bankruptcy Department,    5550 Britton Pkwy,    Hilliard, OH 43026-7456
12927267       +E-mail/Text: bankruptcycollections@citadelbanking.com Jan 13 2017 02:19:30
                 Citadel Federal Cred U,    520 Eagle View Blvd.,    Exton, PA 19341-1119
12982657       +E-mail/Text: bankruptcycollections@citadelbanking.com Jan 13 2017 02:19:30
                 Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton PA 19341-1119
12935735        E-mail/Text: bankruptcy.bnc@ditech.com Jan 13 2017 02:18:07    Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709
12927269       +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2017 02:07:10    Gecrb/hh Gregg,    Po Box 981439,
                 El Paso, TX 79998-1439
12927270       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 13 2017 02:18:07    Green Tree Servicing L,
                 Po Box 6172,    Rapid City, SD 57709-6172
12935736        E-mail/Text: bankruptcy.bnc@ditech.com Jan 13 2017 02:18:07    Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
12927272       +E-mail/Text: bankruptcynotices@psecu.com Jan 13 2017 02:19:34    P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
13022567        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 02:16:21
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13031216        E-mail/Text: bankruptcynotices@psecu.com Jan 13 2017 02:19:34    PSECU,    PO BOX 67013,
                 Harrisburg PA 17106-7013
12943975        E-mail/PDF: rmscedi@recoverycorp.com Jan 13 2017 02:07:20
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                          TOTAL: 18
```

```
District/off: 0313-2           User: ChrissyW          Page 2 of 2           Date Rcvd: Jan 12, 2017
                               Form ID: 210U           Total Noticed: 35
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12927263          AMITY BETTINSOLI
cr*          +BMW Financial Services NA, LLC,     P.O. Box 201347,    Arlington, TX 76006-1347
cr          ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
             Salt Lake City, UT 84115-4412
                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
          ALAINE V. GRBACH    on behalf of Debtor Antonio L. Bettinsoli avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Plaintiff Antonio L. Bettinsoli avgrbach@aol.com
          ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          DAVID  NEEREN   on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB, MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2005-80CB dneeren@udren.com,  vbarber@udren.com
          ELANA BROOKE FLEHINGER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB cblack@udren.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB sbraunstein@udren.com,  vbarber@udren.com
          THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 10
```

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Antonio L. Bettinsoli                                    Case No: 12−21414−mdc

      Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed
to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete
information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 1/12/17

Timothy B. McGrath
Clerk of Court