United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-21414-mdc
Antonio L. Bettinsoli                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2           Date Rcvd: Feb 07, 2017
                              Form ID: 309A           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
```
db             +Antonio L. Bettinsoli,    119 Wynwood Drive,    Willow Street, PA 17584-9413
12940250       +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
12996728       +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13000243        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13839469        Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13703198       +Bank of New York Mellon, f/k/a The Bank,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13003198        CitiFinancial, Inc,    P.O. Box 6042,    Sioux Fall, SD 57117-6042
12951580        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13061359       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
12927271       +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
12935958        THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o SHERRI J. BRAUNSTEIN,
                 Woodcrest Corporate Center,    111 Woodcrest Road-Suite 200,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: avgrbach@aol.com Feb 08 2017 01:53:37     ALAINE V. GRBACH,
                 Alaine V. Grbach, Esquire,    675 Estelle Drive,    Lancaster, PA  17601
tr             +EDI: BCCSHUBERT.COM Feb 08 2017 01:48:00      CHRISTINE C. SHUBERT,    821 Wesley Avenue,
                 Ocean City, NJ 08226-3622
smg             E-mail/Text: bankruptcy@phila.gov Feb 08 2017 01:54:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2017 01:53:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 08 2017 01:54:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 08 2017 01:54:03     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
12927264        EDI: BANKAMER.COM Feb 08 2017 01:48:00      Bank Of America,    Po Box 982235,
                 El Paso, TX 79998
12939706        EDI: BMW.COM Feb 08 2017 01:48:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH 43016
13410983       +EDI: BMW.COM Feb 08 2017 01:48:00      BMW Financial Services NA, LLC,    5550 Britton Parkway,
                 Hilliard, OH 43026-7456
12927265       +EDI: BANKAMER.COM Feb 08 2017 01:48:00      Bk Of Amer,    Attn: Bankruptcy/MC: NC4-105-03-14,
                 Po Box 26012,    Greensboro, NC 27420-6012
12927266       +EDI: BMW.COM Feb 08 2017 01:48:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                 5550 Britton Pkwy,    Hilliard, OH 43026-7456
12927268        EDI: CITICORP.COM Feb 08 2017 01:48:00      Citibank Usa,
                 Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,    Kansas City, MO 64195
12927267       +E-mail/Text: bankruptcycollections@citadelbanking.com Feb 08 2017 01:54:24
                 Citadel Federal Cred U,    520 Eagle View Blvd.,    Exton, PA 19341-1119
12982657       +E-mail/Text: bankruptcycollections@citadelbanking.com Feb 08 2017 01:54:24
                 Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton PA 19341-1119
12935735        E-mail/Text: bankruptcy.bnc@ditech.com Feb 08 2017 01:53:46     Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709
12927269       +EDI: RMSC.COM Feb 08 2017 01:48:00      Gecrb/hh Gregg,    Po Box 981439,
                 El Paso, TX 79998-1439
12927270       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 08 2017 01:53:46     Green Tree Servicing L,
                 Po Box 6172,    Rapid City, SD 57709-6172
12935736        E-mail/Text: bankruptcy.bnc@ditech.com Feb 08 2017 01:53:46     Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
12927272       +E-mail/Text: bankruptcynotices@psecu.com Feb 08 2017 01:54:27      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
13022567        EDI: PRA.COM Feb 08 2017 01:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
13031216        E-mail/Text: bankruptcynotices@psecu.com Feb 08 2017 01:54:27      PSECU,    PO BOX 67013,
                 Harrisburg PA 17106-7013
12943975        EDI: RECOVERYCORP.COM Feb 08 2017 01:48:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12927263        AMITY BETTINSOLI
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Lisa                Page 2 of 2                  Date Rcvd: Feb 07, 2017
                              Form ID: 309A             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Antonio L. Bettinsoli avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Plaintiff Antonio L. Bettinsoli avgrbach@aol.com
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID  NEEREN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-80CB dneeren@udren.com, vbarber@udren.com
              ELANA BROOKE FLEHINGER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB cblack@udren.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB sbraunstein@udren.com, vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 11
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Antonio L. Bettinsoli** | Social Security number or ITIN **xxx–xx–4937** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13   12/12/12** |
| Case number: | **12–21414–mdc** | Date case converted to chapter **7   1/11/17** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Antonio L. Bettinsoli | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 119 Wynwood Drive<br>Willow Street, PA 17584 | |
| 4. | **Debtor's attorney**<br>Name and address | ALAINE V. GRBACH<br>Alaine V. Grbach, Esquire<br>675 Estelle Drive<br>Lancaster, PA 17601 | Contact phone (717) 898–8402<br>Email:  avgrbach@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 938–4191<br>Email:  christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                          page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office −− 8:30 A.M. to 5:00 P.M Reading Office −− 8:00 A.M. to 4:30 P.M.</u> Contact phone (215)408−2800 Date: 2/7/17 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 3, 2017 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Lancaster Marriott at Penn Square, 25 South Queen Street, Lancaster, PA 17603** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 5/2/17 |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**     page **2**