## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Antonio Bettinsoli : Chapter: 7
:
    Debtor(s) : Bankruptcy No.: 12-21414-MDC
:
:

### NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor(s) has/have failed to appear at two (2) scheduled §341 Meeting of Creditors on 3/3/17 and 4/10/17.

DATED this 13th day of April, 2017.

           ANDREW R. VARA
           Acting United States Trustee

           By: */s/ Maria Borgesi*
             Maria Borgesi
             Paralegal