## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Antonio L. Bettinsoli, | : | |
| Debtor. | : | Bankruptcy No. 12-21414-MDC |

### ORDER TO SHOW CAUSE WHY DEBTOR'S CASE SHOULD NOT BE DISMISSED

**AND NOW**, the docket reflecting that the Debtor has failed to appear at two scheduled §341 Meeting of Creditors on March 3, 2017 and April 10, 2017.

It is hereby **ORDERED** that a hearing shall be held on **May 10, 2017, at 10:30 a.m.**, in the **Robert N.C. Nix, Sr. Federal Courthouse, 2nd Floor, 900 Market Street, Courtroom 2, Philadelphia, Pennsylvania**, to consider whether this bankruptcy case should be dismissed. *See* 11 U.S.C. §§ 105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice or hearing.

Dated: April 18, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Alaine E. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

Jacqueline M. Chandler, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107