United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-21414-mdc
Antonio L. Bettinsoli                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW            Page 1 of 1           Date Rcvd: Apr 18, 2017
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
db             +Antonio L. Bettinsoli,    119 Wynwood Drive,    Willow Street, PA 17584-9413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Plaintiff Antonio L. Bettinsoli avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor Antonio L. Bettinsoli avgrbach@aol.com
              ANDREW F GORNALL    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,    J100@ecfcbis.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DAVID NEEREN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-80CB dneeren@udren.com,    vbarber@udren.com
              ELANA BROOKE FLEHINGER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB cblack@udren.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB sbraunstein@udren.com,    vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Antonio L. Bettinsoli, | : | |
| Debtor. | : | Bankruptcy No.  12-21414-MDC |

### ORDER TO SHOW CAUSE WHY
### DEBTOR'S CASE SHOULD NOT BE DISMISSED

**AND NOW**, the docket reflecting that the Debtor has failed to appear at two scheduled §341 Meeting of Creditors on March 3, 2017 and April 10, 2017.

It is hereby **ORDERED** that a hearing shall be held on **May 10, 2017, at 10:30 a.m.**, in the **Robert N.C. Nix, Sr. Federal Courthouse, 2nd Floor, 900 Market Street, Courtroom 2, Philadelphia, Pennsylvania**, to consider whether this bankruptcy case should be dismissed. *See* 11 U.S.C. §§ 105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice or hearing.

Dated: April 18, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Alaine E. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

Jacqueline M. Chandler, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107