# United States Bankruptcy Court
### Eastern District of Pennsylvania

| In re | Antonio L. Bettinsoli | Case No. | 12-21414 |
|---|---|---|---|
| | Debtor(s) | Chapter | 13 |

## MOTION TO RECONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On   December 12, 2012  , the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

3. Your Debtor believed that his second mortgage, which was part of his Chapter 13 Plan, had been forgiven, hence the conversion to a Chapter 7.

4. Unfortunately, Debtor's second mortgage had rather been sold to an investor, and Debtor now wishes to re-convert so that he can finish his Chapter 13 plan and address the second mortgage issue.

WHEREFORE, Debtor prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date  May  8, 2017

Attorney   /s/Alaine V. Grbach
           Alaine V. Grbach 45485

Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402
Fax: 1-866-928-4707
avgrbach@aol.com