*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Antonio L. Bettinsoli

    Debtor(s)                                                                        Case No: 12–21414–mdc

                                                                                        Chapter: 7

___

*NOTICE OF SHOW CAUSE HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for

has failed to appear at two scheduled §341 Meeting of Creditors on March 3, 2017 and April 10, 2017

will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court on

6/7/17 at 10:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 .

                                                                          For The Court

                                                                          Timothy B. McGrath
                                                                          Clerk of Court

Dated: 5/10/17