United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Antonio L. Bettinsoli  
    Debtor

Case No. 12-21414-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Eileen     Page 1 of 1     Date Rcvd: May 10, 2017  
                  Form ID: 151     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.  
db          +Antonio L. Bettinsoli,   119 Wynwood Drive,   Willow Street, PA 17584-9413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:

         ALAINE V. GRBACH    on behalf of Plaintiff Antonio L. Bettinsoli avgrbach@aol.com  
         ALAINE V. GRBACH    on behalf of Debtor Antonio L. Bettinsoli avgrbach@aol.com  
         ANDREW F GORNALL    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
         DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al... debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
         DAVID NEEREN    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB dneeren@udren.com, vbarber@udren.com  
         ELANA BROOKE FLEHINGER    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB cblack@udren.com  
         JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
         SHERRI J. BRAUNSTEIN    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB sbraunstein@udren.com, vbarber@udren.com  
         THOMAS I. PULEO    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                            TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Antonio L. Bettinsoli

    Debtor(s)

Case No: 12−21414−mdc

Chapter: 7

___

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for has failed to appear at two scheduled §341 Meeting of Creditors on March 3, 2017 and April 10, 2017 will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court on 6/7/17 at 10:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 .

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/10/17