# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | | CASE NO. 12-21414 |
| **ANTONIO BETTINSOLI,** | : | |
| | : | CHAPTER 13 |
| DEBTOR. | | |
| | : | |

## CERTIFICATE OF NO RESPONSE WITH RESPECT TO
## MOTION TO RECOVERT TO CHAPTER 13

I, Alaine V. Grbach, Esquire, hereby certify that the twenty (20) days during which parties in interest had to answer or object to the above Motion, after service thereon, have expired, and no answer or objection has been filed and/or served upon undersigned Counsel.

Dated:  June 7, 2017

Respectfully submitted,

**/s/Alaine V. Grbach, Esquire**
Alaine V. Grbach, Esquire
Counsel to Debtors
1480 Old Harrisburg Pike
Lancaster, PA 17601
(717) 399-8420 - telephone
866-928-4707 - facsimile
I.D. No.: 45485