# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Antonio L. Bettinsoli**                                                         Case No. **12-21414**
                        Debtor(s)                                                      Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 8, 2017**, a copy of **Motion to Reconvert to Chapter 13, Notice of Hearing and Proposed Order** was served electronically or by regular United States mail to all interested parties, all enotice parties, the Trustee and all creditors listed below.

**Bank Of America**
**Bk Of Amer**
**Bmw Financial Services**
**Citadel Federal Cred U**
**Citibank Usa**
**Gecrb/hh Gregg**
**Green Tree Servicing L**
**Onemain Fi**
**P S E C U**

                                                                **/s/ Alaine V. Grbach**
                                                                **Alaine V. Grbach 45485**
                                                                **Alaine V. Grbach**
                                                                **1480 Old Harrisburg Pike**
                                                                **Lancaster, PA 17601**
                                                                **(717) 399-8420 Fax:(717) 399-8311**