**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | | CHAPTER 7 |
| **ANTONIO L. BETTINSOLI,** | : | |
| | : | CASE NO. 12-21414 |
| DEBTOR. | | |
| | : | |

## ADDENDUM TO MOTTION TO RE-CONVERT TO CHAPTER 13

AND NOW COMES Debtor herein, by and through the undersigned counsel, who avers:

1. Debtor file a Chapter 13 to the above term and number on December 12, 2012.

2. Debtor attend his Chapter 13 341 meeting, and made all Chapter 13 Plan payments, with the intent of avoiding his second mortgage.

3. Debtor filed an adversary to avoid the second mortgage, and a tentative settlement was reach which would allow debtor to convert to a chapter 7.

3. Debtor now wishes to finalize his settlement with his second mortgage either with a Chapter 7 discharge or a Chapter 13 finalization.

Respectfully submitted,

**DATED: July 12, 2017**         **/s/ Alaine V. Grbach, Esquire**
Alaine V. Grbach, Esquire
Counsel to Debtor
675 Estelle Drive
Lancaster, PA 17601
(717) 898-8402 - telephone
866-928-4707 - facsimile
I.D. No.: 45485