United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 12-21414-mdc
Antonio L. Bettinsoli                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Jul 12, 2017
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
```
db          +Antonio L. Bettinsoli,    119 Wynwood Drive,    Willow Street, PA 17584-9413
cr          +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr          +Bank of New York c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
              Greenville, SC  29603-0826,    US 29603-0826
12927264   ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
12940250    +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
12996728    +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13000243     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13839469     Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
              Greenville, SC 29603-0826
13703198    +Bank of New York Mellon, f/k/a The Bank,    Serviced by Select Portfolio Servicing,,
              3815 South West Temple,    Salt Lake City, UT 84115-4412
12927265   #+Bk Of Amer,    Attn: Bankruptcy/MC: NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
12927268   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
              Po Box 20363,    Kansas City, MO 64195)
13003198     CitiFinancial, Inc,    P.O. Box 6042,    Sioux Fall, SD 57117-6042
12951580     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13061359    +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
              Dallas, TX 75374-0933
12927271    +Onemain Fi,   Po Box 499,    Hanover, MD 21076-0499
12935958     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o SHERRI J. BRAUNSTEIN,
              Woodcrest Corporate Center,    111 Woodcrest Road-Suite 200,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Jul 13 2017 01:31:39     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2017 01:31:10
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2017 01:31:29     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 13 2017 01:36:26
              BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
cr           E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2017 01:36:19     GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2017 01:45:26
              PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12939706     E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 13 2017 01:36:15
              BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
13410983    +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 13 2017 01:36:15
              BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
12927266    +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 13 2017 01:36:21     Bmw Financial Services,
              Attn: Bankruptcy Department,    5550 Britton Pkwy,    Hilliard, OH 43026-7456
12927267    +E-mail/Text: bankruptcycollections@citadelbanking.com Jul 13 2017 01:31:46
              Citadel Federal Cred U,    520 Eagle View Blvd.,    Exton, PA 19341-1119
12982657    +E-mail/Text: bankruptcycollections@citadelbanking.com Jul 13 2017 01:31:46
              Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton PA 19341-1119
12935735     E-mail/Text: bankruptcy.bnc@ditech.com Jul 13 2017 01:30:58     Green Tree Servicing LLC,
              PO BOX 6154,    Rapid City, SD 57709
12927269    +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2017 01:36:19     Gecrb/hh Gregg,    Po Box 981439,
              El Paso, TX 79998-1439
12927270    +E-mail/Text: bankruptcy.bnc@ditech.com Jul 13 2017 01:30:58     Green Tree Servicing L,
              Po Box 6172,    Rapid City, SD 57709-6172
12935736    +E-mail/Text: bankruptcy.bnc@ditech.com Jul 13 2017 01:30:58     Green Tree Servicing LLC,
              PO BOX 0049,    Palatine, IL 60055-0001
12927272    +E-mail/Text: bankruptcynotices@psecu.com Jul 13 2017 01:31:50     P S E C U,
              Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
13022567     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2017 01:36:15
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13031216     E-mail/Text: bankruptcynotices@psecu.com Jul 13 2017 01:31:50     PSECU,    PO BOX 67013,
              Harrisburg PA 17106-7013
12943975     E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2017 01:36:26
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 19
```

```
District/off: 0313-2            User: ChrissyW              Page 2 of 2                  Date Rcvd: Jul 12, 2017
                                Form ID: pdf900             Total Noticed: 35

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12927263          AMITY BETTINSOLI
cr*              +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
cr              ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
                   Salt Lake City, UT 84115-4412
                                                                                               TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Antonio L. Bettinsoli avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Plaintiff Antonio L. Bettinsoli avgrbach@aol.com
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID NEEREN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-80CB dneeren@udren.com, vbarber@udren.com
              ELANA BROOKE FLEHINGER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB cblack@udren.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB sbraunstein@udren.com, vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-8 0CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-80CB tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                   :
                                        Chapter 7

Antonio L. Bettinsoli


                Debtor(s)
                                        :    Bankruptcy No. 12-21414-md

## ORDER

AND NOW, this 12th day of July, 2017, it is

1.*(  )  ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*(  )  ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*(  )  ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( X )  ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*(  )  ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*(  )  ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

Magdeline D. Coleman
United States Bankruptcy Judge


* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.